# United States District Court
# Western District of Kentucky
# at Louisville

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| VS. | CRIMINAL ACTION NO.   3:23-MJ-461-CHL |
| JAMES NOTT | DEFENDANT |

## ORDER ON INITIAL APPEARANCE

On July 11, 2023, United States Magistrate Judge Colin H. Lindsay, held an initial appearance on this matter via video conference. Assistant United States Attorneys Chris Tieke and Stephanie Zimdahl appeared on behalf of the United States. The defendant was present from Oldham County Detention Center. The proceeding was digitally recorded.

The defendant acknowledged his identity, was furnished with a copy of the Complaint, was advised of the nature of the charges contained therein and was advised of his rights. The Court questioned the defendant under oath regarding his ability to afford counsel and found him eligible for appointed counsel. Assistant Federal Defender Aaron Dyke was present on the video and accepted the appointment on behalf of the Western Kentucky Federal Community Defender's Office.

The defendant, through counsel, consented to proceed with this hearing via video conference.

The Court reminded the United States of its prosecutorial obligation under *Brady v. Maryland*, 373 U.S. 83 (1963), and the consequences of violating the same.

The United States moved for detention. Accordingly,

**IT IS HEREBY ORDERED** that a preliminary and detention hearing is scheduled for **July 12, 2023, at 3:00 p.m.** in Courtroom before United States Magistrate Judge Colin H. Lindsay. The defendant is **remanded** to the custody of the United States Marshals Service pending further order of the Court.

:10

July 12, 2023

Colin H Lindsay, Magistrate Judge
United States District Court