FILED
JAMES J. VILT JR,
CLERK
7/12/2023
U.S. DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**
(Filed Electronically)

**DOCKET NO. 3:23-MJ-461**
**UNITED STATES OF AMERICA,**                                                              **PLAINTIFF,**

**VS.**

**JAMES NOTT**                                                                                              **DEFENDANT.**

### WAIVER OF DETENTION HEARING

I acknowledge that the Magistrate Judge has informed me of my right to a detention hearing, pursuant to the provisions of Title 18, United States Code, Section 3142; and that I fully understand that right.

\_\_\_\_\_ **I HEREBY WAIVE** my right to a detention hearing.

\_\_\_\_\_ **I HEREBY WAIVE** my right to a detention hearing in this district, and reserve the right to move for a detention hearing in the district where the charges originate.

__X__ **I HEREBY WAIVE** my right to a detention hearing at this time, and reserve the right to move for a detention hearing at a later date.

Date: July 12, 2023

_____
DEFENDANT

s/ Aaron M. Dyke
COUNSEL FOR DEFENDANT