AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

| | |
|---|---|
| United States of America ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 3:23MJ-461 |
| JAMES NOTT ) | |
| *Defendant* ) | |

### APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

JAMES NOTT.

Date: 07/13/2023

s/ Donald J. Meier
*Attorney's signature*

Donald J. Meier
*Printed name and bar number*

629 S. Fourth Street
Suite 200
Louisville, KY  40202
*Address*

*E-mail address*

(502) 584-0525
*Telephone number*

(502) 584-2808
*FAX number*